UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**LARON ANDERSON**                                                                                           **PLAINTIFF**

vs.                                                                 CIVIL ACTION NO. 3:22-CV-109-CRS

**EQUIFAX INFORMATION SERVICES, LLC, et al.**                                        **DEFENDANTS**

## ORDER OF DISMISSAL

Counsel for Plaintiff Laron Anderson ("Plaintiff") having filed a Notice of Voluntary Dismissal of its claims against Defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") (DN 8), no answers or other responsive pleadings have been filed on behalf of Equifax or Experian, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims against Equifax and Experian are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

2. All claims having been resolved, *see* (DN 6), this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

Date: July 18, 2022

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record